

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO. GJH17cr641 |
| | * | |
| **PORTIA ERNESTINE PLATER,** | * | (Involuntary Manslaughter, 18 U.S.C. |
| | * | §§ 7 and 1112(b); Reckless Driving, |
| Defendant | * | 36 C.F.R. § 4.2, Assimilating Md. |
| | * | Transp. Art. § 21-901.1(a)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
### (Involuntary Manslaughter)

The Grand Jury for the District of Maryland charges that:

On or about July 7, 2017, in the District of Maryland, the defendant,

**PORTIA ERNESTINE PLATER,**

on lands within the special maritime and territorial jurisdiction of the United States, did unlawfully kill Victim One in the commission of an unlawful act not amounting to a felony, to wit: operating a motor vehicle while under the influence of alcohol to a degree that rendered the defendant incapable of safe operation and while the alcohol concentration in her blood was 0.08 grams or more of alcohol per 100 milliliters of blood, in violation of 36 C.F.R. § 4.23(a).

18 U.S.C. § 1112(b)
18 U.S.C. § 7

## COUNT TWO
### (Reckless Driving)

The Grand Jury for the District of Maryland further charges that:

On or about July 7, 2017, in the District of Maryland, the defendant,

**PORTIA ERNESTINE PLATER,**

on lands administered by the National Park Service, did drive a vehicle in a manner that indicated a wanton and willful disregard for the safety of persons and property.

36 C.F.R. § 4.2,
assimilating Md. Transp. Art. § 21-901.1(a)

_____
Stephen M. Schenning
Acting United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: December 6, 2017

2