*The undersigned parties hereby stipulate and agree that if this matter had gone to trial, the Government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence which would have been presented had this matter gone to trial.*

On July 7, 2017, the Defendant, **PORTIA ERNESTINE PLATER ("PLATER")**, was driving eastbound on the Suitland Parkway when she attempted to turn left on Naylor Road at a place clearly marked with a sign reflecting no left turn and no U-turn. This improper left turn caused another vehicle, which had the right of way, to hit **PLATER's** vehicle, which then caused **PLATER's** vehicle to strike two additional vehicles. At the time of this accident, **PLATER** had three passengers in her vehicle. Victims One and Two, ages one and four, respectively, were sitting in the backseat without proper child car seats. Victim Three was sitting in the front passenger seat. **PLATER**, Victim One, Victim Two, and Victim Three all required medical attention and were transported to the hospital a short time after the accident.

At the hospital, a blood sample taken from **PLATER** revealed that **PLATER's** blood alcohol content was 0.13 grams of alcohol per 100 milliliters of whole blood, which was above the legal limit. Driving under the influence of alcohol is a state offense not amounting to a felony.

At the hospital, Victim One was diagnosed with internal decapitation and fractures to the sixth and seventh cervical vertebrae. Victim One died on July 11, 2017, as a result of the accident that occurred on July 7, 2017.

The Suitland Parkway is located in the District of Maryland on lands within the special maritime and territorial jurisdiction of the United States.

\*    \*    \*

I have read this statement of facts, and have carefully reviewed it with my attorney. I acknowledge that it is true and correct.

4.6.18
Date

Portia Ernestine Plater

I am Portia Ernestine Plater's attorney. I have carefully reviewed the statement of facts with her.

4/6/18
Date

Deborah Boardman, Esq.